# William Millas, Appellee, v. Gulf Insurance Company of Dallas, Texas, Appellant.

opinion
filed June 14, 1940.  Taylor, Chasnoff & Willson, J. H. Cunningham, Jr. and Warnock, Williamson & Burroughs, for appellant; Jesse R. Brown and Perry H. Hiles, for appellee.  Opinion by PRESIDING JUSTICE STONE. ''Not to be published in full.''

# Town of Centreville, Appellant, v. Frank Reinhardt, Appellee.

opinion
filed June 14, 1940. Thos L. Fekete, Jr., for appellant; Kramer, Campbell, Costello & Wiechert, for appellee. Opinion by PRESIDING JUSTICE STONE. ''Not to be published in full.''